AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York



| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **Case No.** Case Number: 24-cr-317 |
| Domagoj Patkovic, | ) | Judge Ramon E. Reyes, Jr |
| also known as "Mislav," "madsin1488," | ) | Magistrate Judge Sanket J. Bulsara |
| "Abrahimavich" and "Timothy," | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Domagoj Patkovic, also known as "Mislav," "madsin1488," "Abrahimavich" and "Timothy"     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Maliciously Convey False Information Concerning Explosives (18 USC 844(n))
Maliciously Conveying False Information Concerning Explosives (18 USC 844(e))
Conspiracy To Transmit Threatening Communications (18 USC 371)
Transmission of Threatening Communications (18 USC 875(c))
False Information and Hoaxes (18 USC 1038(a)(1))

Date:   8-5-2024

*Salomon Mejia Jr* , **On Behalf of**
*Issuing officer's signature*

City and state:    Brooklyn, New York

Brenna B. Mahoney, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____